ANNA BUCHANAN KINNEAR, Respondent, v. FRANK PETER KINNEAR, Appellant.— Order reversed and motion denied, upon the ground of the very long delay on the part of the plaintiff of over fifteen years to proceed with the action, and of about ten years to enforce the payment of the alimony. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

ALEXANDER C. LAMOUTTE, Appellant, v. JANE FRANCKE, Respondent. — Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

ANNA MACRI, Appellant, v. NICOLA G. CARLUCCI, Respondent. (Appeal No. 1.) ANNA MACRI, Respondent, v. NICOLA G. CARLUCCI, Appellant. ' (Appeal No. 2.) — The complaint states a cause of action of trespass on plaintiff's person. (*Sullivan* v. *Dunham*, 161 N. Y. 290.) Allegations of negligence and carelessness are irrelevant and not proper subjects of a bill of particulars. The order appealed from is, therefore, modified by striking out all allusions to charges of negligence, and eliminating the provision for a reference. This leaves in force the requirements for the bill of particulars numbered first, third and fourth, which plaintiff is to give within thirty days, with a stay until complied with. As thus modified the order is affirmed, without costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred. Order to be settled before Mr. Justice Putnam.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FANNIE EPSTEIN or YETTA MELTZER, Appellant, v. DETECTIVE GEORGE PATTON, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

ROBERT S. SMITH, an Infant, etc., by CATHARINE S. SMITH, His Guardian ad Litem, Respondent, v. SAMUEL EICHEN, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

EDWARD D. STANNARD, Respondent, v. JAMES H. SANDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Putnam and Blackmar, JJ., concurred; Rich, J., not voting.

JOSEPH P. CURRY, and ROBERT M. CURRY, Copartners, etc., Respondents, v. JOHN ZITELLI and MARIA ZITELLI, Appellants.— Motion granted upon condition that within five days defendants file an undertaking in the sum of $500, with sufficient sureties, conditioned for the payment of plaintiffs' claim, with interest, should the plaintiffs recover herein, and the property be sold on foreclosure, and upon the further condition that defendants perfect the appeal, place the case on the calendar for April 13, 1917, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.